FILED

03/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0050

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0050

MATTHEW MONFORTON,

Petitioner and Appellant,

v.

JONATHAN MOTL,

Respondent and Appellee.

## ORDER GRANTING EXTENTION OF TIME TO FILE APPELLANT'S OPENING BRIEF

On Appeal from the Montana Eighteenth Judicial District Court,
Gallatin County
District Court Cause No. DV 19-224
The Honorable Rienne H. McElyea, Presiding

Appellant Matthew Monforton filed an Unopposed Motion for Extension of Time to and including April 27, 2020, within which to file Appellant's Opening Brief. Appellant has represented to the Court that the Appellee's counsel have been contacted and do not object. Good cause showing, the Motion is GRANTED.

Appellant shall have through and including **April 27, 2020**, within which to file Appellant's Opening Brief.

Dated this _____ day of March, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 27 2020